BEFORE THE SECOND DIVISION, JUNE 23, 1955

No. 59181.—Gotthold Corp. and C. A. Haynes & Co. et al. v. United States, protests 189761–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel strips of the same kind in all material respects as those the subject of Abstract 58580, the claim of the plaintiffs was sustained.

No. 59182.—Metallizing Engineering Co., Inc. v. United States, protest 220049–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of parts, wholly or in chief value of metal, for metal spraying machines, the claim of the plaintiff was sustained.

No. 59183.—Universal Consolidated Oil Co. and A. E. Coppersmith v. United States, protest 226607–K (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel A. P. I. casings similar in all material respects to those the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiffs was sustained.